UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,    CASE NO. 24-CR-00031-RP
    Plaintiff,

v.

FRANK RICHARD AHLGREN, III,
    Defendant.
_____/

**NOTICE OF SUBMISSION OF FINANCIAL DISCLOSURE STATEMENT**

Defendant Frank "Paco" Richard Ahlgren, III, through counsel, hereby files this his Notice of Submission of Financial Disclosure Statement and in furtherance thereof states:

In accord with Defendant's Ahlgren Reply to the Government's Response to the Defendant's assertion of Fifth Amendment Rights, Defendant has submitted a completed financial disclosure statement to the government.

    Respectfully submitted,

    Weisberg Kainen Mark, PL
    Miami Tower
    100 SE 2nd Street, Ste. 2222
    Miami, Florida 33131
    Phone: (305) 374-5544
    Facsimile No: (305) 358-8565

DATE: March 13, 2025    BY: /s/ Dennis G. Kainen
    Dennis G. Kainen
    Florida Bar No. 339393

GRAY REED

*/s/ Joshua Smeltzer*
Joshua D. Smeltzer
Texas Bar No. 24113859

1601 Elm Street, Suite 4600
Dallas, Texas 75201-3005
Telephone No. (469) 320.6225
Facsimile No. (469) 320-6930
jsmeltzer@grayreed.com
ATTORNEY FOR DEFENDANT,
FRANK RICHARD AHLGREN, III

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion was electronically filed via CMF/ECF this 13th day of March, 2025.

/s/ Dennis G. Kainen
Dennis G. Kainen