UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,                    CASE NO.    24-CF-0031-RP
          Plaintiff,

v.


FRANK RICHARD AHLGREN, III,
          Defendant.
_____/

**ORDER**

          This court having reviewed Defendant Ahlgren's Motion for Reconsideration of the

Court's Order, Request to Supplement the Record, and Request to Seal Attachment, and

being fully advised in the premises, it is hereby,

          **ORDERED** that:

          1.  The Court's Order to Compel is hereby reconsidered.

          2.  Defendant's objections to the government's Motion to Compel are sustained.

          3.  The Financial Disclosure Statement attached as Exhibit "A" to Defendant's motion

              shall be SUPPLEMENTED into the record and FILED UNDER SEAL.


          SIGNED this ___ day of _____, 2025.



                                        _____
                                        Hon. Robert Pitman
                                        United States District Judge

Cc: All Counsel