UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL NO: |
| vs. | § | AU:24-CR-00031(1)-RP |
| | § | |
| (1) Frank Richard Ahlgren III | § | |

## ORDER GRANTING MOTION AND RESETTING CONTEMPT HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **CONTEMPT HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, October 31, 2025 at 10:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days of the date of the hearing.

IT IS SO ORDERED this 14th day of October, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE